☛ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

MICHELLE RAMIREZ,
 a/k/a "Alexia Martinez,"

             Defendant.

- - - - - - - - - - - - - - - - - -x

07 CRIM 935

NOTICE OF INTENT TO FILE
INFORMATION

07 Cr.

JUDGE BATTS

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          October __, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                      By:  _____
                            IRIS LAN
                            Assistant United States Attorney

                             AGREED AND CONSENTED TO:

                     By:  _____
                            STEVEN M. STATSINGER
                            Attorney for MICHELLE RAMIREZ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 4 2007

10/4/07 WHEEL A