UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

MICHELLE RAMIREZ,
 a/k/a "Alexia Martinez,"

                Defendant.

- - - - - - - - - - - - - - - - - - -x

WAIVER OF INDICTMENT

07 CRIM 935

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
MICHELLE RAMIREZ
Defendant

_____
Witness

_____
STEVEN STATSINGER, ESQ.
Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 05 2007

Date:  New York, New York
      October 5, 2007

0202