☐ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA      :

     - v. -      :      <u>INFORMATION</u>

MICHELLE RAMIREZ,      :
 a/k/a "Alexia Martinez,"      **07 CRIM 935**
     :    07 Cr.

             Defendant.      :

     :

- - - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

1.    From at least in or about June 2006 through and including at least in or about May 2007, in the Southern District of New York and elsewhere, MICHELLE RAMIREZ, a/k/a "Alexia Martinez," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that MICHELLE RAMIREZ, a/k/a "Alexia Martinez," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 5 2007

<u>Overt Act</u>

3.   In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.   On or about August 3, 2006, MICHELLE RAMIREZ, a/k/a "Alexia Martinez," the defendant, was present in the vicinity of 14th Street and Ninth Avenue in New York, New York for the purpose of conducting a methamphetamine transaction.

(Title 21, United States Code, Section 846.)

<u>Forfeiture Allegations as to Count One</u>

4.   As a result of committing the controlled substance offense alleged in Count One of this Information, MICHELLE RAMIREZ, a/k/a "Alexia Martinez," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of the Information, including but not limited to the following:

a.   <u>Money Judgment</u>

A sum of money, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offense.

-2-

<u>Substitute Asset Provision</u>

5.    If any of the above-described forfeitable property, as a result of any act or omission of MICHELLE RAMIREZ, a/k/a "Alexia Martinez," the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third person;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of MICHELLE RAMIREZ, a/k/a "Alexia Martinez," the defendant, up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

*Michael J. Garcia* (signature)

MICHAEL J. GARCIA
United States Attorney

-3-

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

MICHELLE RAMIREZ,
a/k/a "Alexia Martinez,"

**Defendant.**

### INFORMATION

07 Cr.

(21 U.S.C. § 846)

<u>MICHAEL J. GARCIA</u>
United States Attorney.