**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2007

**BY FAX (w/o encl) & BY HAND**
Honorable Deborah A. Batts, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007

    Re:  United States v. Michelle Ramirez
         07 Cr. 935 (DAB)

Dear Judge Batts:

*Granted*
*DAB*
*10/26/07*

        The Government writes to respectfully request an adjournment and that time be excluded, pursuant to 18 U.S.C. § 3161(h)(8)(A), from Monday, October 29, 2007, through Monday, November 19, 2007, in the interests of justice pursuant to the Speedy Trial Act.

        On Friday, October 5, 2007, the defendant waived indictment and proceed by information, and the case was assigned to Your Honor.[1] Because the case was referred for initial appearance, the defendant appeared in Magistrate's Court for arraignment on the same day, and time was excluded to a control date of October 29, 2007, for a pretrial conference before Your Honor. Since then, the Government and the defendant have been engaging in substantial plea discussions, but those discussions will not be complete by October 29, 2007.

        I have spoken with Your Honor's deputy and understand that the Court is available for a conference on November 19, 2007, at 10:30 am. According, the Government requests an adjournment and that time to excluded until then. Such an

---

[1] Please find enclosed a copy of the Information and the Complaint for the above-captioned case.

**MEMO ENDORSED**

Honorable Deborah A. Batts
October 26, 2007
Page 2 of 2

**MEMO ENDORSED**

exclusion of time will enable the defendant to continue plea discussions with the Government regarding a possible disposition of this case without trial. Accordingly, excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial.

    I have spoken with Steven Statsinger, Esq., counsel for the defendant, who consents to this request.

                  Respectfully submitted,

                  MICHAEL J. GARCIA
                  United States Attorney

       By: _____
                  Iris Lan
                  Assistant United States Attorney
                  (212) 637-2263

cc:
Steven M. Statsinger, Esq. (By fax w/o encl.)

**SO ORDERED**

*Deborah A. Batts* 10/26/2007
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED