# Federal Defenders
## OF NEW YORK, INC.

Leonard F. Joy
*Executive Director*

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

December 6, 2007

DATE FILED: December 10, 07



RECEIVED
DEC 6 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

**BY HAND DELIVERY**

Hon. Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Michelle Ramirez**
        No. 07 Cr. (DAB) 935
        Amended Request for Bail Modification, on Consent

Dear Judge Batts:

    I am writing to respectfully request that the Court modify Ms. Ramirez' bail by permitting her to travel to California for six days - from December 20 until December 26, 2007 - so she can spend Christmas with her family.

/DAB/ GRANTED 12-10-07

    I have spoken with AUSA Iris Lan, who consents to this modification. In addition, I have received the consent of Ms. Ramirez' supervising pretrial services officer, who advises me that Ms. Ramirez has been in full compliance with the conditions of her release. Ms. Ramirez will provide the dates of travel and her contact information in California to her supervising pretrial services officer.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

cc: AUSA Iris Lan