**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec. 13, 2007

November 16, 2007

**BY FAX**
Honorable Deborah A. Batts, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   <u>United States</u> v. <u>Michelle Ramirez</u>
           07 Cr. 935 (DAB)

Dear Judge Batts:

    The Government writes to respectfully request that time be excluded, pursuant to 18 U.S.C. § 3161(h)(8)(A), from Monday, November 19, 2007, through Monday, December 17, 2007, in the interests of justice pursuant to the Speedy Trial Act. A pretrial conference was previously scheduled for Monday, November 18, 2007, at 10:30 am. However, that conference has been adjourned to December 17, 2007, due to the parties' trial schedules, among other things. The Government and the defendant have been engaging in substantial plea discussions, and expect that those discussions will be complete by the new pretrial conference date of December 17, 2007. The Government therefore requests that time be excluded until then, because such an exclusion of time will enable the defendant to continue plea discussions with the Government regarding a possible disposition of this case without trial. Accordingly, excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial.

*[Handwritten: DAB/ GRANTED 11/16/07]*

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE



MEMO ENDORSED

Honorable Deborah A. Batts
November 16, 2007
Page 2 of 2

    I have spoken with Steven Statsinger, Esq., counsel for the defendant, who consents to this request.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
    Iris Lan
    Assistant United States Attorney
    (212) 637-2263

cc:
Steven M. Statsinger, Esq. (By fax)

SO ORDERED.