# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

December 14, 2007

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*



**BY HAND DELIVERY**

Hon. Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Michelle Ramirez</u>
        No. 07 Cr. 935 (DAB)
        **Request for Amendment of Bail Modification, on Consent**

Dear Judge Batts:

    Last week, the Court, with the consent of the government and Pretrial Services, approved a modification of Ms. Ramirez' bail permitting her to travel to California between December 20 and 26. In fact, Ms. Ramirez will be both in California and Nevada during this period. I am therefore writing to request that the Court amend its previous order, to clarify that <u>Ms. Ramirez is permitted to travel both to California and Nevada during this period.</u>

/DAB/ GRANTED 12/17/07

    Both the government and Pretrial Services consent. As previously noted, Ms. Ramirez will provide the dates of travel and her contact information to her supervising pretrial services officer.

                        Respectfully submitted,

                        STEVEN M. STATSINGER
                        Assistant Federal Defender
                        (212) 417-8736

cc: AUSA Iris Lan

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE