# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

December 14, 2007



BY HAND DELIVERY

Hon. Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: United States v. Michelle Ramirez
        No. 07 Cr. 935 (DAB)
        Request for Adjournment, on Consent

Dear Judge Batts:

    I am writing to respectfully request that the pretrial conference in this case, currently scheduled for December 17, 2007, be adjourned for 30 days. The parties need additional time to work out the details of Ms. Ramirez' plea agreement. /DAB/ GRANTED 12/17/07

    I have spoken with Assistant United States Attorney Iris Lan, who consents to this request. In addition, the defense consents to an exclusion of Speedy Trial Act time until the adjourned trial date. /DAB/ GRANTED 12/17/07

*The pretrial conference in this matter is now scheduled for January 22, 2008 at 10:30am.*

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Iris Lan

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

*MEMO ENDORSED*