# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

January 18, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Jan 18, 2008

**BY FACSIMILE - (212) 805-7902**

Hon. Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: **United States v. Michelle Ramirez**
> No. 07 Cr. 935 (DAB)
> Request for Adjournment, on Consent

Dear Judge Batts:

I am writing to respectfully request that the pretrial conference in this case, currently scheduled for January 22, 2008, be adjourned for an additional thirty days. The parties need some additional time to finalize their plea negotiations.

*[handwritten: DAB/ GRANTED Jan 18, 2008]*

I have spoken with Assistant United States Attorney Iris Lan, who consents to this request. In addition, the defense consents to an exclusion of Speedy Trial Act time until the adjourned date.

*[handwritten: This matter is now scheduled for Monday, February 25, 2008 at 10:30am.]*

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

AUSA Iris Lan

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE