# Federal Defenders
## OF NEW YORK, INC.

Southern District

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

03/06/08

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

March 6, 2008

**BY HAND DELIVERY**

Hon. Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



MAR - 6 2008

CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

> **Re:  United States v. Michelle Ramirez**
> **No. 07 Cr. 935 (DAB)**
> **Request for Adjournment, on Consent**

Dear Judge Batts:

    I am writing to respectfully request a final, one week,
adjournment of the date for Ms. Ramirez' guilty plea, from March
10to March 17, 2008. The parties have completed their plea
negotiations in this case but because Ms. Ramirez will, in all
likelihood, be remanded after her plea, she has asked me to
request one additional week so that she will have time to wind up
her personal affairs.

*/DAB/*
*GRANTED*
*03/06/08*

    I have spoken with Assistant United States Attorney Iris
Lan, who consents to this request. In addition, the defense
requests that the Court exclude time under the Speedy Trial Act
until the adjourned date.

**SO ORDERED**

Deborah A. Batts

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

AUSA Iris Lan