```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

       - against -                         07 CR 935 (DAB)
                                           ORDER
```

# MICHELLE RAMIREZ

```
                Defendant.
----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Defendant is remanded forthwith upon entry of her guilty plea. The Defendant shall be permitted to maintain her sleep apnea device upon remand.

SO ORDERED
Dated:   New York, New York
         March 17, 2008

_____
DEBORAH A. BATTS
United States District Judge