UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    -v.-

MICHELLE RAMIREZ,

        Defendant.

- - - - - - - - - - - - - - - - -x

ORDER OF FORFEITURE

07 Cr. 935 (DAB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2008

Denied
DAB
8/26/08

    WHEREAS, on October 5, 2007, MICHELLE RAMIREZ, (the "defendant"), was charged in a one-count Information, 07 Cr. 935 (DAB) (the "Information"), with conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846;

    WHEREAS, the Information included a forfeiture allegation seeking, pursuant to 21 U.S.C. § 853, all property, real and personal, involved in the narcotics offense and all property traceable to such property, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offense;

    WHEREAS, on March 17, 2008, the defendant MICHELLE RAMIREZ pled guilty to Count One of the Information pursuant to a plea agreement, in which RAMIREZ agreed to forfeit to the United States, pursuant to 21 U.S.C. § 853, a sum of money equal to and representing the amount of proceeds obtained as a result of the offense charged in the Information;

WHEREAS, on July 14, 2008, the defendant MICHELLE RAMIREZ was sentenced and ordered to forfeit a sum of $36,240.00 in United States currency, representing the amount of proceeds obtained as a result of the offense charged in the Information;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in the Information, for which the defendant pled guilty, a money judgment in the amount of $36,240.00 shall be entered against the defendant, MICHELLE RAMIREZ.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, MICHELLE RAMIREZ, at the time of sentencing and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment

shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

6. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney, Anna E. Arreola, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       July 14, 2008

DENIED

SO ORDERED:

*Deborah A. Batts* 8/26/08
HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE